# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **GRETCHEN M. VALLA,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | 3:07-cv-370-bbc |
| v. | |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | |
| **Defendant.** | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

    IT IS ORDERED that the decision of defendant Michael J. Astrue, Commissioner of Social Security, is AFFIRMED and plaintiff Gretchen Valla's appeal is DISMISSED.

**THERESA M. OWENS**

_____
**Theresa M. Owens, Clerk**

**Connie A. Korth**

by Deputy Clerk

**2/8/08**
_____
Date